MADELINE LA VERNE HALL, Respondent, v. GEORGE RICHARD HALL, Appellant.— Order modified by reducing the amount of alimony to be paid to plaintiff to the sum of $20 per week for the support, maintenance and education of the infant child, and the amount of counsel fee to the sum of $200, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MAX GLUCKSELIG and Another, Copartners, etc., Appellants, v. H. MICHAELYAN, INC., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ. [132 Misc. 783.]

MINA HAAS, Respondent, v. NEW YORK POST GRADUATE MEDICAL SCHOOL AND HOSPITAL, Appellant.— The suggestion being made that plaintiff is dead and that the action is abated, the appeal is dismissed on that ground, without costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ISIDORE HAAS, Respondent, v. NEW YORK POST GRADUATE MEDICAL SCHOOL AND HOSPITAL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.; Finch, J., dissents and votes to dismiss the appeal on the ground that the action has abated. (Gorlitzer v. Wolffberg, 208 N. Y. 475, 478.)

RICHARD R. NEWMAN, Respondent, v. OLD DOMINION DISTILLERS CORPORATION, a Foreign Corporation, Appellant.— Determination reversed, with ten dollars costs and disbursements in this court and in the Appellate Term, and motion granted, on the ground that it appears that the defendant was not doing business in this State on the date of service of process. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

WENDELL P. BARKER, Respondent, v. CHARLES H. WILSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

SYLVIA SIMON, an Infant, by NATHAN SIMON, Her Guardian ad Litem, Respondent, v. HYMAN RECHTSEIT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

JOHN M. HIGH, JR., Respondent, v. IDEAL WERKE GESELLSCHAFT FUR DRAHTLOSE TELEPHONIE M. B. H., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

SIGMUND SACHS and Another, Plaintiffs, v. QUINCY REALTY Co., INC., Respondent, Impleaded, etc. SAMUEL H. HOFSTADTER, as Substituted Receiver, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and